AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/1/07 |
| NAME OF SERVER (PRINT) Nena Ward | TITLE Secretary, Grody + Hampton, LLC |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Upon the Insurance Commissioner 841 Silver Lake Blvd. Dover DE 19904

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/07
Date

Signature of Server

Address of Server: 6 N. Bradford St., Dover, DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.