**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIANA PHILLIPS,<br>Plaintiff,<br>v.<br>METROPOLITAN LIFE INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION<br>NO. 07-cv-00056-SLR |

**PROPOSED STIPULATED ORDER EXTENDING**
**TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Plaintiff Diana Phillips and Defendant Metropolitan Life Insurance Company hereby stipulate that the deadline by which Defendant must file an answer or other responsive pleading to the complaint filed by Plaintiff in this proceeding is hereby extended to and including March 23, 2007.

AGREED TO BY:

/s/John S. Grady
John S. Grady (DE No. 009)
GRADY & HAMPTON, LLC
6 North Bradford Street
Dover, DE 19904
(302) 678-1265

*Counsel for Plaintiff*
*Diana Phillips*

/s/ Phillip Mellet
Phillip Mellet (DE No. 4741)
PEPPER HAMILTON LLP
1313 Market Street
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Defendant*
*Metropolitan Life Insurance Company*

**SO ORDERED this ________ day of ____________ 2007**

________________________________
Chief Judge Sue L. Robinson