# Pepper Hamilton LLP
###### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

direct dial: 302.777.6523
direct fax: 302.397.2715
melletp@pepperlaw.com

February 21, 2007

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: Phillips v. Metropolitan Life Insurance Co.,
D. Del., Civil Action No. 07-cv-00056-SLR

Dear Judge Robinson:

This office represents Metropolitan Life Insurance Company ("MetLife") in the above-captioned matter. MetLife has contemporaneously filed a Proposed Stipulated Order Extending Time To File Answer Or Other Responsive Pleading (the "Stipulation"), a copy of which is enclosed.

The parties in this case have agreed to a thirty-day extension of time for MetLife to answer, plead or otherwise move in response to the Complaint filed on January 29, 2007 and served on February 2, 2007. The extension requires Met Life to answer, plead or otherwise move no later than March 23, 2007. MetLife believes that an extension will permit it to more fully investigate the issues and to analyze the merits of any claims which may ultimately promote judicial economy and result in the reduction of litigation costs. To this end, MetLife respectfully requests that the Court enter the Stipulation as an order of the Court.

Sincerely,

Phillip Mellet

PTM/dlw
Enclosures
cc: John S. Grady, Esq. (via email)

#8349164 v1

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com