IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA PHILLIPS,<br><br>          Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00056-SLR |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Metropolitan Life Insurance Company, defendant in the above matter.

DATED: February 23, 2007

/s/ Phillip Mellet
Phillip Mellet (DE No. 4741)
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Defendant*
*Metropolitan Life Insurance Company*

**CERTIFICATE OF SERVICE**

   I, Phillip Mellet, hereby certify that on February 23, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM / ECF which will send notification of such filing to the following:

  John S. Grady, Esq.
  Grady & Hampton LLC
  6 North Bradford Street
  Dover, DE  19904

            /s/ Phillip Mellet