IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00056-SLR |

## SECOND PROPOSED STIPULATED ORDER EXTENDING TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Plaintiff Diana Phillips and Defendant Metropolitan Life Insurance Company hereby stipulate that the deadline by which Defendant must file an answer or other responsive pleading to the complaint filed by Plaintiff in this proceeding is hereby extended to and including April 23, 2007.

AGREED TO BY:

/s/ John S. Grady  
John S. Grady (DE No. 009)  
GRADY & HAMPTON, LLC  
6 North Bradford Street  
Dover, DE 19904  
(302) 678-1265  

*Counsel for Plaintiff*  
*Diana Phillips*

/s/ Phillip Mellet  
Phillip Mellet (DE No. 4741)  
PEPPER HAMILTON LLP  
1313 Market Street  
Wilmington, DE 19899-1709  
(302) 777-6500  

*Counsel for Defendant*  
*Metropolitan Life Insurance Company*

**SO ORDERED this** _____ **day of** _____ 2007

_____
Chief Judge Sue L. Robinson

#8423520 v1