# Pepper Hamilton LLP
##### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

direct dial: 302.777.6523
direct fax: 302.397.2715
melletp@pepperlaw.com

March 23, 2007

**VIA HAND DELIVERY AND ECF**
Chief Judge Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Phillips v. Metropolitan Life Insurance Co.,
      D. Del., Civil Action No. 07-cv-00056-SLR

Dear Judge Robinson:

This office represents Metropolitan Life Insurance Company ("MetLife") in the above-captioned matter. MetLife has contemporaneously filed its Second Proposed Stipulated Order Extending Time To File Answer Or Other Responsive Pleading (the "Stipulation"), a copy of which is enclosed.

The parties in this case have agreed to a second and final thirty-day extension of time for MetLife to answer, plead or otherwise move in response to the Complaint filed on January 29, 2007 and served on February 2, 2007. The extension requires MetLife to answer, plead or otherwise move no later than April 23, 2007. The parties have been actively discussing a settlement of this matter and MetLife believes that a settlement will be reached prior to April 23. Accordingly, MetLife respectfully requests that the Court enter the Stipulation as an order of the Court.

Sincerely,

/s/ Phillip T. Mellet

Phillip T. Mellet

PTM/dlw
Enclosures
cc:   John S. Grady, Esq. (via email and ECF)

#8423474 v1