IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA PHILLIPS, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 07-cv-00056-SLR |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

### MOTION AND ORDER FOR ADMISSION OF KAY KYUNGSUN YU *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kay Kyungsun Yu, Esquire to represent Metropolitan Life Insurance Company in this matter.

Respectfully submitted,

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
1313 N. Market Street
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant,
Metropolitan Life Insurance Company

Dated: June 26, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Kay Kyungsun Yu *pro hac vice* is granted.

Dated: June ___, 2007            Chief Judge Sue L. Robinson

## CERTIFICATION OF KAY KYUNGSUN YU

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

> U.S. District Court, Middle District of Pennsylvania
> U.S. Court of Appeals, Third Circuit
> U.S. Court of Appeals, Seventh Circuit
> U.S. District Court, Eastern District of New York
> U.S. District Court, Southern District of New York
> U.S. Court of Appeals, Sixth Circuit
> U.S. District Court, Western District of Michigan
> U.S. District Court, Eastern District of Pennsylvania
> U.S. District Court, District of Connecticut
>
> Supreme Court of Pennsylvania
>
> Supreme Court of Connecticut

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware. I am, however, currently admitted *pro hac vice* in another matter in the District of Delaware, captioned *Charles v. Pepco Holdings, Inc.*, C.A.No. 05-cv-00702-SLR.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: June 26, 2007

                                         Kay Kyungsun Yu
                                         PA BAR #83701
                                         PEPPER HAMILTON LLP
                                         3000 Two Logan Square
                                         Eighteenth & Arch Streets
                                         Philadelphia, PA 19103-2799
                                         (215) 981-4188 Telephone
                                         (215) 689-4515 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, the foregoing Motion and Order for Admission of Kay Kyungsun Yu *Pro Hac Vice* was filed with the Clerk of Court using CM / ECF, which will send notification of such filing to the following counsel of record:

>John S. Grady, Esq.
>Grady & Hampton, LLC
>6 North Bradford Street
>Dover, DE 19904

>/s/ Phillip T. Mellet
>Phillip T. Mellet (Del. Bar No. 4741)