# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Phillip T. Mellet
direct dial: 302.777.6523
melletp@pepperlaw.com

June 26, 2007

**VIA HAND DELIVERY AND ECF**
Chief Judge Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Phillips v. Metropolitan Life Insurance Co.,
        D. Del., Civil Action No. 07-cv-00056-SLR

Dear Judge Robinson:

Pursuant to the Court's Order for Scheduling Conference dated May 22, 2007 (D.I. 10), enclosed please find a copy of the proposed scheduling order agreed upon by the parties, which is based upon the form scheduling order found on your Honor's webpage. The parties have modified your form scheduling order because (1) the parties request that your Honor immediately refer this matter to Magistrate Judge Thynge for mediation and (2) the type of ERISA claims set forth in plaintiff's complaint generally involve limited, streamlined discovery. With regard to the first point, given the open dialogue between the parties to date, the parties desire to mediate this matter prior to engaging in greater discovery and are hopeful that mediation will result in the settlement of this matter and the avoidance of unnecessary litigation.

In addition, the parties have completed the early disclosure requirements set forth in paragraph 2 of the Order for Scheduling Conference. The parties will be available to answer questions from the Court about this letter or other scheduling matters during the conference on Thursday, June 28, 2007 at 8:15 a.m.

Respectfully,

/s/ Phillip T. Mellet

Phillip T. Mellet

Enclosure
cc:   John S. Grady, Esq. (via email and ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANA PHILLIPS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 07-cv-00056-SLR |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

On this _____ day of _____, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

   a. Discovery will be needed on the following subjects. The administrative record relating to Defendant's decision on Plaintiff's claim for disability benefits and the standard of review.

   b. All discovery shall be commenced in time to be completed by September 26, 2007.

   c. Maximum of 25 interrogatories by each party to any other party.

   d. Maximum of 10 requests for admission by each party to any other party.

      e.      No depositions are anticipated at this time.

      f.      No expert reports are anticipated at this time.

      g.      **Discovery Disputes**.  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes relating to entry of a protective order.

      3.      **Joinder of other Parties, Amendment of Pleadings, and Class Certification.**  None anticipated at this time.

      4.      **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

      5.      **Summary Judgment Motions.**  The parties are to serve and file cross summary judgment motions with an opening brief on or before November 26, 2007.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.  Briefs in opposition shall be served and filed on or before January 11, 2008.

      6.      **Application by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

                                                    _____

                                                   Chief Judge Sue L. Robinson