IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA PHILLIPS, | : |
| : | CIVIL ACTION |
| Plaintiff, | : |
| : | |
| v. | : NO. 07-cv-00056-SLR |
| : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| : | |
| Defendant. | : |

**SCHEDULING ORDER**

On this 28th day of June, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

   a. Discovery will be needed on the following subjects. The administrative record relating to Defendant's decision on Plaintiff's claim for disability benefits and the standard of review.

   b. All discovery shall be commenced in time to be completed by September 26, 2007.

   c. Maximum of 25 interrogatories by each party to any other party.

   d. Maximum of 10 requests for admission by each party to any other party.

e.  No depositions are anticipated at this time.

f.  No expert reports are anticipated at this time.

g.  **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes relating to entry of a protective order.

3.  **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** None anticipated at this time.

4.  **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge ~~Thynge~~ for the purposes of exploring ADR.

5.  **Summary Judgment Motions.** The parties are to serve and file cross summary judgment motions with an opening brief on or before November 26, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court. Briefs in opposition shall be served and filed on or before January 11, 2008.

6.  **Application by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

_____
Chief Judge Sue L. Robinson

-2-