**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANA PHILLIPS, | ) | C. A. No.   07-cv-00056-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Counsel for Plaintiff and counsel for Defendant hereby stipulate and agree, pursuant to Fed. R. Civ. P. Rule 41(a)(1), to dismiss the above-captioned case with prejudice.

GRADY & HAMPTON, LLC                    PEPPER HAMILTON LLP


  /S/ John S. Grady                                     /S/ Thomas H. Kovach
John S. Grady, Esquire (I.D. #009)      Thomas H. Kovach, Esq. (I.D. #3964)
6 North Bradford Street                 1313 Market Street, Suite 5100
Dover DE  19904                         Wilmington, DE  19899-1709
(302) 678-1265                          (302) 777-6500
*Attorneys for Plaintiff*               *Attorneys for Defendant*

DATED:   September 20, 2007             DATED:   September 20, 2007


SO ORDERED this _____ day of _____, 2007.

_____
Judge